IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**TERRI PETERSON,**

    Plaintiff,

vs.                                              **Docket No.: 1:18-cv-01164-STA-jay**

**WEST TN EXPEDITING, INC.,**

    Defendant.

ORDER APRROVING SUPERSEDEAS BOND
AND STAYING EXECUTION OF JUDGMENT
PENDING DECISION ON APPEAL

       Defendant West TN Expediting, Inc. filed its Motion, pursuant to Federal Rule of Civil Procedure 62(b), moving this Court for an order approving its supersedeas bond on appeal and subsequently staying enforcement of the jury verdict and Final Judgment.  (ECF No. 76.) The Motion is **GRANTED**.

       On February 21, 2020, this Court entered its Final Judgment memorializing the jury verdict, against West TN Expediting for retaliation, awarding damages in the amount of $50,000 for back pay and $100,000 for punitive damages. (ECF No. 54).  On April 28, 2020, Plaintiff Terri Peterson filed a Motion for Attorney's Fees in the amount of $114,760.00. (ECF No. 66). On March 23, 2020, Defendant filed a Motion for New Trial. (ECF No. 59). On June 26, 2020, this Court ruled on both Motions, granting Plaintiff's Motion for Attorney's Fees in the amount of $114,760.00 and denying Defendant's Motion for New Trial. (ECF Nos. 70; 71). Defendant filed its Notice of Appeal on Friday, July 24, 2020.

       Defendant filed its Motion for Approval of Supersedeas Bond Staying Execution of Final

Judgment on August 14, 2020, and attached the proposed bond. The bond is in the amount of $264,760.00 plus interest at the statutory rate. It appearing to the Court that such bond is sufficient and acceptable to secure Plaintiff's interest, the Court approves said bond. Accordingly, the execution of Final Judgment is stayed pending decision of appeal in this matter.

**IT IS ORDERED** that Defendant's supersedeas bond is approved and subsequently, enforcement of such jury verdict and Final Judgment and any other proceeding in connection with matters in this action, is stayed pending the disposition of Defendant's appeal.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: August 18, 2020